

LODGED

Name: Katherine L. Jamison

Address: 850 Magnolia Ave

Beaumont, CA. 92223

Phone: (951) 999-5586

Fax: No Fax
No Email

In Pro Per

2014 DEC 30 PM 3:33

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE

BY: _____

FILED

2015 JAN -2 PM 3:47
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE
BY: _____

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Katherine L Jamison

Plaintiff

v.

Bed Bath & Beyond
Kathryn Muckelvane

Defendant(s).

CASE NUMBER:

CV14-02637 JFW
AJW

ED

Complaint

( Enter document title in the space provided above )

IN April of 2013 Bed Bath + Beyond, store manager, Kathryn Muckelvane, willfuly & deliberately made violations of the Americans with disabilites Act by denying me training for a position for wich I was otherwise Qualified, Based on Her Stereotyping & unfounded Assumptions that my Relationship with a disabled person, A member of A protected class, would have an adverse Affect on my performance. Thus, denying me the opportunity to provide for myself, Resulting in the Loss of my Home, destruction of Family Relationships, Forced to get Rid of my Beloved

IFP
194

Dogs that provided me with emotional
Support AND CAN NOT BE Replaced. I HAVE
Accrued ADDITIONAL debts AS A Result of
NOT Being ABle to pay Bills As they CAME
due, I HAVE ENDured SHAME AND
Humiliation Along with embARRASS Ment.
All due to the willful & intentional
disregard MS. MuckelVANE HAS for the LAW.
THIS WAS A Direct ACT, STATED
Specifically By Kathryn MuckelVANE, directly
to ME IN A FACE to FACE conversAtion.
THERE is No Assumption or INFerence
of discrimination, it is ACTUAL, FACTUAL
& occurred By HER own Hand, while
ACTING AS AN Agent & on Behalf of
Hers + mine Employer, Bed BAth + Beyond.
Due to ms muckelVANEs denial of my
Rights to GAinful Employment, EQual
Opportunities of coworkers, I HAVE
Began HAving Health problems such AS VERy
High Blood pressure do to STress, ANxiety
AttAcks & Severe depression wich limit
MY ABility to work.

# IV. STATEMENT OF FACTS

1. _Insert ¶ #_ During April 2013, Plaintiff, Katherine L. Jamison, an employee of Bed Bath and Beyond, Store #1199, located in Beaumont, CA, County of Riverside, asked the store manager Kathryn Muckelvane if she could please work more hours because she was unable to pay the bills with the number of hours that Ms. Muckelvane had been scheduling her recently.

2. _Insert ¶ #_ Kathryn Muckelvane denied the request and stated she did not have any hours available except for Bridal Consultants. Ms. Jamison requested to be trained to be a Bridal Consultant. Ms. Muckelvane refused her request, stating to Ms Jamison "I'm not going to let you be a Bridal Consultant, You have a sister who is schizophrenic" after Ms. Jamison said "So what" the violation continu

3. _Insert ¶ #_ Ms Muckelvane compounded her violation of the law as stated in the Americans with disabilities Act, Association provision, by stereo typing & making un founded assumptions. Telling Ms. Jamison "She (disabled sister) could have an episode and might cause you to be late for work". This is the basis of Ms. Muckelvanes adverse decision to deny Ms Jamison of her rights as an American.

| | |
|---|---|
| 1 | |
| 2 | ## II. VENUE |
| 3 | 2. Venue is proper pursuant to _All Events described_ |
| 4 | _in this Complaint occurred in Riverside County,_ |
| 5 | _California._ |
| 6 | |
| 7 | |
| 8 | |
| 9 | ## III. PARTIES |
| 10 | |
| 11 | |
| 12 | 3.   Plaintiff's name is _Katherine L. Jamison_ . Plaintiff resides |
| 13 | at: _850 Magnolia Ave., Beaumont, CA. 92223_ |
| 14 | _County of Riverside._ |
| 15 | |
| 16 | |
| 17 | |
| 18 | 4. Defendant _Bed Bath & Beyond, A corporation,_ |
| 19 | _Conducting Business in Riverside County, California_ |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | 5. Defendant _Kathryn Muckelvane_ |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

Pro Se Clinic Form

4

*Page Number*

## V. CAUSES OF ACTION

### FIRST CAUSE OF ACTION

( AMERICANS with DISABILITIES ACT violation                    )
*insert title of cause of action*

(As against Defendant(s): Bed BATH & BEYOND_____

(_____)

1. Employment discrimination. AMERICANS
*Insert ¶ #*
with Disabilities Act - Association provision.

2. Defendant denied Plaintiff of EQual
*Insert ¶ #*
OPPORTunity to fill An open position, for which she was
Otherwise Qualified, Based on discrimination By defendant,
Kathryn Muckelvane's unfounded Assumptions about the
plaintiff's sisters' disability

3. Plaintiff was Alienated & segregated from
*Insert ¶ #*
other Employees, who on one ocasion told Plaintiff
She "DID NOT COUNT"

1

## VI. REQUEST FOR RELIEF

2

3

4    WHEREFORE, the Plaintiff requests:

5

6    __1__. General DAMAGES, AN AMOUNT TO BE PROVEN
    Insert ¶#
7    AT Trial

8

9

10

11
12   __2__. Special Damages in an amount to be proven
    Insert ¶#
13   at TRIAL.

14

15

16
17   __3__. Costs of Court
    Insert ¶#
18

19

20

21
22   __4__. Such other Relief AS THE Court deams
    Insert ¶#
23   just AND proper

24

25

26

27

28

1
2

## VII. DEMAND FOR JURY TRIAL

3
4    Plaintiff hereby requests a jury trial on all issues raised in this complaint.
5
6
7                        Dated: _12/18/2014_____
8
9
10                       Sign: _Katt L f_____
11            Print Name: _KATHERINE L JAMISON_____
12                            Plaintiff in pro per
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28